**SO ORDERED.**

**SIGNED this 30th day of January, 2020.**



                                                Dale L. Somers
                               United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:
THOMAS EARL WEBB,                                      Case No.: 19-41175-13
                Debtor(s).

### ORDER APPROVING INTENDED COMPROMISE

NOW COMES before the Court for consideration the Trustee's Motion for Approval of Intended Compromise. Jan Hamilton appears as Chapter 13 Trustee. There are no other appearances. No objections to the motion were filed.

After review of the record and being fully advised on the premises by the Motion, the COURT FINDS:

1. Creditor Animal Clinic of North Topeka, PA, received payments via garnishment during the 90 days prior to the filing of Debtor's bankruptcy case in the amount of $650.90. The Trustee

has asserted that these transfers are avoidable as preferential transfers pursuant to 11 U.S.C. § 547.

2. In full settlement of the estate's interest in these alleged preferential transfers, the creditor has turned over $511.04, representing the amount received via the garnishment during the 90 days prior to filing, minus the creditor's costs of collection.

3. The Trustee shall disburse these funds, after retention of trustee fees, to remaining administrative, priority, and general unsecured claims, in that order.

4. This compromise is in the best interest of the estate, creditors and parties in interest and the Court approves the same. The Trustee's Motion is GRANTED.

# # #

Respectfully submitted,

s/ *Jan Hamilton*_____
Jan Hamilton #08163, Chapter 13 Trustee
Teresa L. Arnold #21586, Staff Attorney
509 SW Jackson Street
Topeka, KS 66603
(785) 234-1551
(785) 234-0537 Fax
jan.hamilton@topeka13trustee.com
teresa.arnold@topeka13trustee.com